**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


UNITED STATES OF AMERICA

V.                          NO. 4:07CR00323-001 SWW

WARNER R. SEBREE


<u>**ORDER**</u>

Pending before the Court is defendant's motion to be removed from the remainder of his term of supervised release.  The government has responded that it has no objection to defendant's motion.  The United States Probation Office has submitted a memorandum advising the Court that defendant has successfully completed substance abuse treatment, maintained steady employment and has been in compliance with all terms and conditions of supervised release and, therefore, has no objection to defendant's motion for early release from supervision.  The Court finds that defendant's motion [doc #2] should be ***granted***.

IT IS THEREFORE ORDERED that supervised release previously imposed be, and it is hereby, terminated pursuant to 18 U.S.C. § 3583(e)(1).

DATED this 23rd day of November 2009.


<u>/s/Susan Webber Wright</u>

United States District Judge